1  NICOLE S. MAGALINE (CSB #253072)
   nmagaline@schiffhardin.com
2  SCHIFF HARDIN LLP
   One Market, Spear Street Tower
3  Thirty-Second Floor
   San Francisco, CA  94105
4  Telephone:     (415) 901-8700
   Facsimile:      (415) 901-8701
5
   JOHN N. SCHOLNICK (CSB #93270)
6  jscholnick@schiffhardin.com
   SCHIFF HARDIN LLP
7  6600 Sears Tower
   Chicago, IL 60606
8  Telephone:     (312) 258-5500
   Facsimile:      (312) 258-5600
9
10 Attorneys for Plaintiff
   BASF CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  BASF CORPORATION, | Case No. C-13-0369-EMC |
| 17           Plaintiff, | |
| 18  v. | **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT** |
| 19  ARSEEN AUTO BODY, INC., NINOS TERNIAN, and Does 1-20, | **CONFERENCE; [PROPOSED] ORDER** |
| 20           Defendants. | Hon. Edward M. Chen |

22

23      Plaintiff BASF CORPORATION ("Plaintiff") and Defendants ARSEEN AUTO BODY,

24 INC. and NINOS TERNIAN ("Defendants") hereby enter into this Joint Stipulation to Continue

25 the Initial Case Management Conference, based on the following:

26      1.    Plaintiff filed its summons and complaint on January 25, 2013;

27      2.    The Court initially assigned this case to the Honorable Paul S. Grewal, Magistrate

28 Judge and set an Initial Case Management Conference for April 23, 2013;

3. On February 5, 2013, this case was re-assigned to the Honorable Edward M. Chen and vacated all dates previously set;

4. On February 19, 2013, the Court ordered an Initial Case Management Conference to be held on April 25, 2013 and set a schedule for the parties to submit a joint case management conference statement one week in advance of the case management conference;

5. On March 28, 2013 Defendants Arseen Auto Body, Inc. and Ninos Ternian filed an Answer and Counterclaim against Plaintiff BASF Corporation;

6. On April 8, 2013 the parties met and conferred regarding the factual and legal issues pertaining to Defendants' Counterclaim; the parties agreed that Defendants would evaluate whether they would voluntarily amend their fraudulent rescission cause of action and re-plead it with additional factual support;

7. Defendants will notify Plaintiff by April 19, 2013 as to whether they will voluntarily amend their Counterclaim;

8. Should Defendants voluntarily amend their Counterclaim, the parties agreed that the amended Counterclaim would be filed on April 26, 2013, with Plaintiff's responsive pleading due on May 17, 2013;

9. Should Defendants choose not to voluntarily amend their Counterclaim, Plaintiff's responsive pleading would be due on May 10, 2013;

10. Due to the fact that preliminary issues pertaining to the scope and claims at issue in this lawsuit are not yet set, the parties have yet to address initial disclosures, the Rule 26(f) conference, and other events scheduled to occur prior to the April 25, 2013, case management conference;

///
///
///
///
///
///

11. The parties have agreed, subject to court approval, to continue the Initial Case Management Conference for a period of 60 days, to June 20, 2013 at 9:00 a.m., with the understanding that, pursuant to the February 19, 2013 Case Management Scheduling Order, all other dates set by that order will be re-set accordingly.

IT IS SO STIPULATED.

Dated: April 15, 2013

By: __/s/ John F. Domingue_____
    John F. Domingue
Attorneys for Defendants
ARSEEN AUTO BODY, INC. and NINOS TERNIAN

Dated: April 15, 2013            SCHIFF HARDIN LLP

By: __/s/ Nicole S. Magaline_____
    Nicole S. Magaline
Attorneys for Plaintiff
BASF CORPORATION

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Initial Case Management Conference is continued for a period of 60 days, to June 20, 2013 at 9:00 a.m., with the understanding that, pursuant to the February 19, 2013 Case Management Scheduling Order, all other dates set by that order will be re-set accordingly.

IT IS SO ORDERED

Dated: _____4/16_____, 2013

IT IS SO ORDERED
Judge Edward M. Chen

31018-0139
CH2\12778158.1